Jonathan Lee Riches©,

Plaintiff

v.

Daniel DAY-LEWIS d/b/a "There Will Be Blood" actor;
Gangs of New York,

Defendants

CIVIL NO

2:07cv 2713 GEB DAD

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## Complaint

"42 USC 1983 / Acting Like he does not care about my civil Rights"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves Under 42 USC 1983. Under Fed. Rules Civil procedure Rule 64 seeks the return of $7.73 cents including tax from AMC Movie theator in Philly, PA for suffering Emotional trauma watching Gangs of New York. Now I have the Warriors, and subway bullies after me on defendants orders. Daniel is a cross breed, his mother is Supreme Court Judge Sandra day, and his father was sprinter Carl Lewis. Emmanuel Lewis "Webster" dictionary is his Brother. "There will be blood" talks about my life in solitary confinement at FCI Williamsburg. Defendant Daniel Acts like he does no care about my civil Rights. He cancelled my Popular Science subscription. He serves me Pork, Non Kosher meals. All my Food has trans fat. Daniel took my website www.JonathanLeeRiches.org from me. He is Act da Fool! I want a sit down meeting with the gang leader. Defendant took my 8th amendment rights, newbie drinks wine with my red Blood cells. I saw defendant J-walking, and eating chick-fillet fries on sunday. I'm offended by defendant. And seek $20 million.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg    843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted
Jonathan Lee Riches©

(PC) Riches v. Day-Lewis    Doc. 1